# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM S32448**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Israfeel I. A. SAMIR**
Airman (E-2), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 12 April 2018

————————————

*Military Judge:* John C. Harwood.

*Approved sentence:* Bad-conduct discharge, confinement for 4 months, forfeiture of $1,044.00 pay per month for 4 months, and reduction to E-1. Sentence adjudged 30 November 2016 by SpCM convened at Royal Air Force Lakenheath, United Kingdom.

*For Appellant:* Major Patrick A. Clary, USAF.

*For Appellee:* Lieutenant Colonel Joseph J. Kubler, USAF; Major Mary Ellen Payne, USAF; Captain Michael T. Bunnell, USAF.

Before JOHNSON, MINK, and DENNIS, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.**

————————————

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to Appellant's substantial rights occurred. Articles 59(a) and 66(c), Uniform Code of Military Justice, 10 U.S.C. §§ 859(a), 866(c).

Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court